| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER |
|---|
| Peter R. Afrasiabi (Bar No. 193336)<br>Christopher W. Arledge (Bar No. 200767)<br>Turner Green Afrasiabi & Arledge LLP<br>535 Anton Boulevard, Suite 850<br>Costa Mesa, CA 92626 |

ATTORNEYS FOR: Plaintiff Network Signatures, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Network Signatures, Inc., | CASE NUMBER |
|---|---|
| Plaintiff(s), | SACV 08-00718 DOC (Ex) |
| v. | |
| Citibank, N.A., | CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Plaintiff Network Signatures, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                       **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| Plaintiff | Network Signatures, Inc. |
| Defendant | Citibank, N.A. |

June 26, 2008
Date

Sign

Christopher W. Arledge
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)