# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Case No. SA CV08-0718-DOC(RNBx) | | Date   October 30, 2008 |
| Title   NETWORK SIGNATURES INC. -V- CITIBANK N.A. | | |

| Present: The Honorable | DAVID O. CARTER | | |
|---|---|---|---|
| Kristee Hopkins | NONE PRESENT | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:   (IN CHAMBERS)   NOTICE OF RECEIPT OF TRANSFERRED CASE

    This action has been re-assigned to the <u>HON.</u> <u>DAVID</u> <u>O.</u> <u>CARTER</u>, United States District Judge, and assigned a new case number.  Please substitute the new initials, **DOC(RNBx)**, in place of the initials of the prior Judge.  This is very important because documents are routed to the assigned Judges by means of the initials.

    Counsel are required to deliver courtesy copies of electronically filed documents and file all manually filed papers directly in the Southern Division in Santa Ana.

    All appropriate inquiries should be directed to Kristee Hopkins, Deputy Court Clerk, at (714) 338-4543.

    Civil law and motions are heard on Mondays at 8:30 a.m.

    On the day of any court appearances, please report to Courtroom 9D, 9th Floor, Ronald Reagan Federal Building, 411 W. Fourth Street, Santa Ana.

    The Scheduling Conference previously set before Judge Selna on November 10, 2008 at 8:30 a.m. is now VACATED.  The Court re-sets the Scheduling Conference for December 15, 2008 at 8:30 a.m.  See separately filed Order Setting Scheduling Conference.

    The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                                                      :   0

                                            Initials of Preparer   kh